

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00245-CR

---

STEPHEN DANIEL SHELTON                                       APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
TRIAL COURT NO. CR12440

----------

## MEMORANDUM OPINION[1]

----------

Appellant Stephen Daniel Shelton filed a notice of appeal on June 24, 2014, attempting to appeal from the trial court's July 12, 2013 judgment convicting him of evading arrest. On June 26, 2014, we notified Shelton of our concern that we lack jurisdiction over the appeal because the notice of appeal was not timely filed. *See* Tex. R. App. P. 25.2(b), 26.2(a). We informed Shelton

---

[1]*See* Tex. R. App. P. 47.4.

that unless he or any party desiring to continue the appeal filed with the court, on or before July 7, 2014, a response showing grounds for continuing the appeal, the appeal would be dismissed. *See* Tex. R. App. P. 42.3(a), 44.3; *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). We have not received a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 31, 2014